UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEN VILLANO and CARIE VILLANO, | § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-23-CV-1142-JKP (HJB) |
| AMERICAN PACIFIC MORTGAGE CORPORATION d/b/a Aligned Mortgage, | § § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant's Motion to Compel Arbitration. (Docket Entry 11.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 4.)

The Court held a hearing on Defendant's motion on December 11, 2023. (*See* Docket Entry 19.) At the hearing, the Court ordered that Defendant provide to Plaintiffs a copy of the email reflecting Plaintiff's electronic signing of all employment agreements, including the arbitration agreement, which was referred to in ¶ 7 of the declaration of Demetria Hudley submitted in support of Defendant's motion. (Docket Entry 20; *see* Docket Entry 11-1, at 2.) Plaintiffs were permitted to file a supplemental brief addressing the email, if necessary, on or before January 5, 2024. (Docket Entry 20.)

Defendant filed a supplemental pleading with a copy of the email on December 22, 2023. (Docket Entry 22.) Plaintiffs have not filed any additional pleadings.

Accordingly, for the reasons stated in Defendant's motion and the additional reasons stated by the Court at the hearing on December 11, 2023, it is hereby **ORDERED** that Defendant's Motion to Compel Arbitration (Docket Entry 11) is **GRANTED**.

Further proceedings in this case are **STAYED** pending the outcome of the arbitration. The parties must file a Joint Advisory as to the status of arbitration proceedings **on or before April 16, 2024**.

**SIGNED** on January 16, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge